**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 10 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-30200 |
| Plaintiff-Appellee, | D.C. No. 4:02-cr-00052-DLC-1 |
| v. | |
| VICTOR CHARLES FOURSTAR, Jr., | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Dana L. Christensen, District Judge, Presiding

Submitted April 7, 2020**

Before:     TASHIMA, BYBEE, and WATFORD, Circuit Judges.

Victor Charles Fourstar, Jr., appeals from the revocation of supervised

release and the 6-month sentence and 33-month term of supervised release

imposed upon revocation.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967),

Fourstar's counsel has filed a brief stating that there are no grounds for relief, along

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

with a motion to withdraw as counsel of record. Fourstar has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief in this direct appeal.

Counsel's motion to withdraw is **GRANTED.** Fourstar's pro se motion to substitute counsel is **DENIED.**

**AFFIRMED.**